CR 18 - 00253

JMK:DCP
F. #2016R01087

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 18 2018 ★

BROOKLYN OFFICE

IRIZARRY, CH.J.

NOTICE OF MOTION

Criminal Docket No. _____-_____ (_____)

BULSARA, M.J.

        PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant JOHN DOE's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
          May 18, 2018

                         RICHARD P. DONOGHUE
                         United States Attorney
                         Eastern District of New York
                         271 Cadman Plaza East
                         Brooklyn, New York 11201

               By:    _____
                     David C. Pitluck
                     Assistant United States Attorney
                     (718) 254-6108

Cc:    Clerk of the Court