AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUN 11 2018  ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 18-CR-253 (DLI) |
| SOCIÉTÉ GÉNÉRALE S.A. ) | |
| ) | |
| *Defendant* ) | |

**COURT'S EXHIBIT NO. 1A**
IDENTIFICATION/EVIDENCE
DKT.# 18 CR 253
DATE: 6/5/18

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  06/05/2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

KEITH KRAKAUR
*Printed name of defendant's attorney*

s/Dora L. Irizarry, Chief USDJ
_____
*Judge's signature*

Hon. Dora L. Irizarry, Chief Judge, EDNY
*Judge's printed name and title*